# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 0 9 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

AUGUSTINE ARAGON (1),

               Defendant.

CASE NO. 17CR106...

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_ of the offense(s) as charged in the Indictment:

TITLE 21 U.S.C. §841(a)(1); TITLE 18 U.S.C. §2.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 5, 2018

Hon. Roger T. Benitez
U.S. District Judge